**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ODS CAPITAL LLC, ET AL.,

                Plaintiff,

-against-                               18 **CIVIL** 12083 (ALC)

                                             **JUDGMENT**

JA SOLAR HOLDINGS CO. LTD. ET AL.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 30, 2020, Plaintiffs fail to adequately plead violations of the Exchange Act on behalf of the Seller Shareholders and Tenderer Shareholders. Therefore, Defendants' motion to dismiss the amended complaint for failure to state a claim under both § 10(b) of the Exchange Act and Rule 10b-5 is granted. Plaintiffs' claims under §§ 20(a) and 20A are dismissed as well.

**Dated:**  New York, New York

     November 30, 2020

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                        **BY:**        *K. Mango*

                                                       **Deputy Clerk**