## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ODS CAPITAL LLC, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

JA SOLAR HOLDINGS CO., LTD., BAOFANG JIN, AND SHAOHUA JIA,

Defendants.

Case No. 1:18-cv-12083-ALC

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC ("Lead Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Memorandum and Order (Dkt. No. 80) and its Judgment (Dkt. No. 81), entered in this action on November 30, 2020, granting Defendants' Motion to Dismiss (Dkt. No. 54) Lead Plaintiffs' Consolidated Amended Class Action Complaint (Dkt. No. 32).

DATED: December 29, 2020

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
       mgrunfeld@pomlaw.com

*Counsel for Co-Lead Plaintiff*
*Altimeo Asset Management and*
*Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**

*/s/ Carol C. Villegas*
Carol C. Villegas
Jake Bissell-Linsk
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
       jbissell-linsk@labaton.com

*Counsel for Co-Lead Plaintiff*
*ODS Capital LLC, and Co-Lead*
*Counsel for the Class*

**THE LAW OFFICE OF**
**JO ANN PALCHAK, P.A.**
Jo Ann Palchak
1725 1/2 7th Ave.,
Suite 6 Tampa, FL 33605
Telephone: (813) 468-4884
Email: jpalchak@palchaklaw.com

*Counsel for Co-Lead Plaintiff*
*ODS Capital LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2020, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman