UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODS CAPITAL LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JA SOLAR HOLDINGS CO., LTD., BAOFANG JIN, and SHAOHUA JIA,<br><br>Defendants. | Case No. 1:18-cv-12083-ALC<br><br><u>CLASS ACTION</u> |

## CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), Co-Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC ("Plaintiffs"), individually and on behalf of all Settlement Class Members, hereby move this Court for an order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the proposed Settlement Class; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; and (iv) setting a date for a Settlement Hearing and deadlines for the mailing and publication of the Notice, Settlement Class Member objections and opt-out notices, the filing of Plaintiffs' motion for Final Approval of the Settlement, and the filing of Co-Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses and compensatory awards to Plaintiffs.

This motion is based upon the accompanying Memorandum of Law and Stipulation of Settlement, with its Exhibits, and the Declaration of Michael Grunfeld and the exhibits thereto that are filed contemporaneously herewith, and other such matters and argument as the Court may consider.

Significantly, Defendants do not oppose the relief sought by this motion.

Dated:  January 23, 2022

Respectfully submitted,

**POMERANTZ LLP**

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com

*Counsel for Co-Lead Plaintiff Altimeo Asset Management and Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**

/s/ *Carol C. Villegas*
Carol C. Villegas
Jake Bissell-Linsk
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
          jbissell-linsk@labaton.com

*Counsel for Co-Lead Plaintiff ODS Capital LLC, and Co-Lead Counsel for the Class*

**THE LAW OFFICE OF JO ANN PALCHAK, P.A.**
Jo Ann Palchak
1725 1/2 7th Ave.,
Suite 6 Tampa, FL 33605
Telephone: (813) 468-4884
Email: jpalchak@palchaklaw.com

*Counsel for Co-Lead Plaintiff ODS Capital LLC*

2